**Order entered May 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00081-CR
No. 05-15-00126-CR

**DEJUAN GEIL HOLLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51945-U,  F-13-52021-U**

## ORDER

The Court **GRANTS** appellant's May 6, 2015 motion to consolidate the appeals only to

the extent that the appeals are treated as companion cases and will be submitted together.


/s/      ADA BROWN
         JUSTICE